UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
BRYAN MERRILL,

        Plaintiff,

    v.                            :    No. 1:24-cv-00060-NRB

MADHIVE, INC.,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**~~PROPOSED~~ ORDER – WITHDRAWAL OF COUNSEL**

      PLEASE TAKE NOTICE THAT, pursuant to Local Civil Rule 1.4, Defendant MadHive, Inc. ("Defendant"), by and through its attorneys Paduano & Weintraub LLP ("P&W"), hereby moves this Court for an Order allowing Noah H. Bunzl, Esq. to withdraw as counsel for Defendant in the above-referenced action.

      Mr. Bunzl is no longer associated with P&W. P&W will continue to serve as counsel for Defendant in this matter. Leonard Weintraub, Esq., Meredith Cavallaro, Esq., and Tara H. Curtin, Esq. of P&W will continue to represent Defendant.

Dated:    New York, New York
             February 27, 2025

PADUANO & WEINTRAUB LLP

By: /s/ Tara H. Curtin
     Leonard Weintraub
     Meredith Cavallaro
     Tara H. Curtin
1251 Avenue of the Americas, Ninth Floor
New York, New York 10020
(212) 785-9100
lw@pwlawyers.com
mc@pwlawyers.com
tc@pwlawyers.com

Attorneys for Defendant
MadHive, Inc.

SO ORDERED

*/s/ Naomi Reice Buchwald*
Hon. Naomi Reice Buchwald

Dated:    March 4, 2025
          New York, New York

2